**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1580**

FRANCIS AKINRO,

                    Plaintiff - Appellant,

          v.

BALTIMORE U.S. POST OFFICE POLICEMEN, et al.,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   J.  Frederick  Motz,  District  Judge. (1:10-cv-01151-JFM)

Submitted:  July 22, 2010            Decided:  July 30, 2010

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Francis Akinro, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francis Akinro appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Akinro v. Baltimore U.S. Post Office Policemen, No. 1:10-cv-01151-JFM (D. Md. May 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED